# United States Bankruptcy Court
## Southern District of Georgia

In re  **Roscoe Stanley**                                                                  Case No. _____
                        Debtor(s)                                                           Chapter  **13**

## TRANSMITTAL OF PAY ADVICES

The Debtor(s) submit pay advices, as attached to this transmittal, for the sixty (60) day period immediately preceding the filing of the petition as indicated:

1. Debtor  **Roscoe Stanley**

   Employer  _____

   Dates of Pay Advices:   From _____   To _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   ☐   The Debtor was not employed.

   ☐   The Debtor's source of income was from Social Security.

   ☑   The Debtor was self employed.

2. Joint Debtor (Spouse)  _____

   Employer  _____

   Dates of Pay Advices:   From _____   To _____

   Pay Advices are not attached for the sixty (60) days immediately preceding the filing of the Petition because:

   ☐   The Joint Debtor was not employed.

   ☐   The Joint Debtor's source of income was from Social Security.

   ☐   The Joint Debtor was self employed.

| **/s/ John E. Pytte**     June 5, 2017 | **/s/ Roscoe Stanley**     June 5, 2017 |
|---|---|
| Signature of Attorney     Date | Signature of Debtor     Date |
| **John E. Pytte 590555** | |
| Name of Attorney | Signature of Joint Debtor (if any)     Date |