BARRETT DAFFIN FRAPPIER LEVINE & BLOCK, LLP      BDFLB#6863427
4004 BELT LINE ROAD, SUITE 100
ADDISON, TX 75001
(972) 386-5040

Attorney for JPMORGAN CHASE BANK, NATIONAL ASSOCIATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 17-40834-EJC |
| | § | |
| Roscoe Stanley, | § | |
|     Debtor | § | CHAPTER 13 |
| | § | |
| | § | CONTESTED MATTER |

## OBJECTION TO CONFIRMATION

COMES NOW JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (hereinafter "Creditor"), a secured creditor holding a Security Deed on Real Property commonly known as 708 Robin Hood Drive, Hinesville, GA 31313, and for the reasons stated below files its "Objection to Confirmation":

1.

Creditor has filed its Proof of Claim which includes pre-petition arrearages in the amount of $27,552.73 including pre-petition payments, fees, escrow deficiency and escrow shortage due.

2.

Debtor has failed to satisfy Creditor's Proof of Claim pursuant to the terms of the Note and Security Deed by failing to provide for full payment of the arrearages in the Chapter 13 Plan. The Plan does not provide for the full payment of Creditor's allowed secured claim.

3.

The plan fails to timely cure the default reflected in the filed Proof of Claim as required in 11 U.S.C. § 1322 (b)(5).

WHEREFORE, Creditor prays for reasonable attorney's fees and for such other and further relief as is just and equitable.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
LEVINE & BLOCK, LLP

BY: /s/ Abbey Ulsh Dreher
ABBEY ULSH DREHER
GA NO. 113608
4004 BELT LINE ROAD SUITE 100
ADDISON, TX 75001
Telephone: (972) 386-5040
E-mail: GA.ND.ECF@BDFGROUP.COM
ATTORNEY FOR CREDITOR

## CERTIFICATE OF SERVICE

I hereby certify than on July 24, 2017, a true and correct copy of the Objection to Confirmation was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

        Respectfully submitted,

        BARRETT DAFFIN FRAPPIER
        LEVINE & BLOCK, LLP


        BY: /s/ Abbey Ulsh Dreher
        ABBEY ULSH DREHER
        GA NO. 113608
        4004 BELT LINE ROAD SUITE 100
        ADDISON, TX 75001
        Telephone: (972) 386-5040
        E-mail: GA.SD.ECF@BDFGROUP.COM
        ATTORNEY FOR CREDITOR

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:

DEBTOR:
**Roscoe Stanley**
PO Box 436
Allenhurst, GA 31313

DEBTOR'S ATTORNEY:
**John E. Pytte**
P O Box 949
Hinesville, GA 31310

TRUSTEE:
**O Byron Meredith, III**
P O Box 10556
Savannah, GA 31412