# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

**Roscoe Stanley**                               **Chapter 13**
                                                                **Case No. 17-40834**

**Debtor(s)**

## VOLUNTARY DISMISSAL

NOW COMES the Debtor, by and through attorney, John E. Pytte, and voluntarily dismisses this filing.

Respectfully submitted July 27, 2017.

                                               /s/ John E. Pytte
                                               JOHN E. PYTTE
                                               Attorney for Debtor
                                               Georgia Bar No. 590555
                                               JOHN E. PYTTE, P.C.
                                               Post Office Box 949
                                               Hinesville, GA  31310
                                               (912) 369-3569
                                               johnpytte@jpytte.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA

In Re:

**Roscoe Stanley**                          **Chapter 13**
                                            **Case No. 17-40834**

         **Debtor(s)**

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the parties listed below with a true and correct copy of VOLUNTARY DISMISSAL by placing a copy of said documents in the United States Mail with adequate postage thereon to insure proper delivery; OR via electronic delivery.

     O. Byron Meredith
     Chapter 13 Trustee
     Via electronic notification


This day, July 27, 2017.


                                                       /s/ John E. Pytte
                                                       JOHN E. PYTTE
                                                       Attorney for Debtor
                                                       Georgia Bar No. 590555
                                                       JOHN E. PYTTE, P.C.
                                                       Post Office Box 949
                                                       Hinesville, GA  31310
                                                       (912) 369-3569