# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Roscoe Stanley**  
    Debtor

Case No.:   17–40834–EJC  
Judge:   Edward J. Coleman III  
Chapter:   13

## ORDER DISMISSING CHAPTER 13 CASE BEFORE CONFIRMATION

Pursuant to 11 U.S.C. §1307 this Chapter 13 case is dismissed due to Debtor's voluntary motion to dismiss filed on July 27, 2017.

IT IS THEREFORE THE ORDER OF THIS COURT that:

1) This Chapter 13 case is dismissed;

2) After deducting the costs of administration, including the balance of court costs due and attorney's fees (if applicable), the Trustee shall pay remaining funds to the debtor(s) unless a party in interest files a written objection within fourteen (14) days from the date of this order.

3) Creditors are at liberty to pursue their legal remedies.



Edward J. Coleman III  
United States Bankruptcy Judge  
125 Bull St, Rm 213  
P.O. Box 8347  
Savannah, GA 31412

Dated **July 27, 2017**

*GAS13−53 (rev 11/09)* **LLE**